**Danny James ENQUIST, Petitioner–Appellant,**

v.

**F. CHAVEZ, Respondent–Appellee.**

No. 12–17560.

United States Court of Appeals, Ninth Circuit.

May 20, 2014.

Danny James Enquist, Corcoran, CA, pro se.

Leanne Leslie Lemon, II, Deputy Attorney General, Office of the Attorney General, Fresno, CA, Brian G. Smiley, Supervising Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

## ORDER

California state prisoner Danny James Enquist appealed the district court's dismissal of his 28 U.S.C. § 2254 habeas petition as untimely. On March 17, 2014, the Attorney General of the State of California informed the court that Enquist had died in prison on November 10, 2013. Accordingly, we dismiss the appeal as moot and remand the case to the district court for further proceedings as may be required, including dismissal of the petition and vacatur of all orders. *See Stanley v. Ryan*, 716 F.3d 1272 (9th Cir.2013).

**DISMISSED and REMANDED.**